UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Patrick Caldwell, et al.

           Plaintiff(s),

  v.

Facet Retiree Medical Plan, et al.

           Defendant(s).

Case No: 3:13-cv-385 LB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Joseph J. Torres, an active member in good standing of the bar of the State of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is Jeffrey S. Bosley, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Winston & Strawn LLP<br>35 West Wacker Drive, Chicago, IL 60601 | Winston & Strawn LLP<br>101 California Street, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(312) 558-5600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 591-1000 |
| MY EMAIL ADDRESS OF RECORD:<br>jtorres@winston.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jbosley@winston.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6204664.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/19/13

                              Joseph J. Torres
                              APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Joseph J. Torres is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 21, 2013

                              UNITED STATES DISTRICT/MAGISTRATE JUDGE