# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Patrick Caldwell, et al.

        Plaintiff(s),

v.

Facet Retiree Medical Plan, et al.

        Defendant(s).

Case No: 3:13-cv-385 LB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Caroline L. Camic, an active member in good standing of the bar of the State of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is Jeffrey S. Bosley, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Winston & Strawn LLP | Winston & Strawn LLP |
| 35 West Wacker Drive, Chicago, IL 60601 | 101 California Street, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 558-5600 | (415) 591-1000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ccamic@winston.com | jbosley@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6303004.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/19/13

                                                              Caroline L. Camic
                                                                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Caroline L. Camic is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 21, 2013

                                                 UNITED STATES DISTRICT/MAGISTRATE JUDGE