UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK CALDWELL, FRAN CHARLSON, DOUGLAS EBERSOLE and CARY QUEEN,<br><br>    Plaintiffs,<br>vs.<br><br>FACET RETIREE MEDICAL PLAN, TIMOTHY RICHMOND AS PLAN ADMINISTRATOR OF THE FACET RETIREE MEDICAL PLAN,<br><br>    Defendants. | **Case No. C13-0385 MMC**<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date Action Filed:   January 28, 2013<br><br>Date of CMC:   May 3, 2013<br>Time:   10:30 a.m. |

1

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and for good cause appearing, the Case Management Conference in this matter is continued from May 3, 2013 to May 10, 2013 at 10:30 a.m. Counsel for both sides shall be present at the conference; ~~but the parties for both sides may appear telephonically.~~ the parties are not required to attend.

**IT IS SO ORDERED.**

DATED: March 11, 2013

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE