IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK CALDWELL, FRAN CHARLSON, DOUGLAS EBERSOLE, and CARY QUEEN,<br><br>Plaintiffs,<br><br>vs.<br><br>FACET RETIREE MEDICAL PLAN, and TIMOTHY RICHMOND, AS PLAN ADMINISTRATOR OF THE FACET RETIREE MEDICAL PLAN<br><br>Defendant. | Case No. C13-0385 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY LITIGATION SCHEDULE** ; ORDER APPROVING STIPULATION<br><br>Date Action Filed: January 28, 2013 |

WHEREAS, on May 10, 2013, this Court entered a Case Management Order in this action setting the following schedule:

| | |
|---|---|
| Discovery Cut-Off | 09/06/2013 |
| Plaintiffs to File Motion for Judgment | 11/01/2013 |
| Defendants to File Cross-Motion and Opposition | 11/22/2013 |
| Plaintiffs to File Opposition and Reply | 12/6/2013 |

|   |   |
|---|---|
| Hearing on Cross-Motions for Judgment | 12/20/2013; |

WHEREAS, by order dated June 11, 2013, the Court established a deadline for completion of Alternative Dispute Resolution ("ADR") of September 9, 2013;

WHEREAS, travel and other limitations on availability for deposition and attendance at the ADR session makes the current litigation schedule unrealistic for all parties;

WHEREAS, this is the parties' first request for a change in the litigation schedule;

NOW, THEREFORE, it is stipulated by and between the parties through their counsel, and the Court is respectfully requested to order, that the litigation schedule shall be modified as follows:

| | |
|---|---|
| Discovery Cut-Off<br>(other than for depositions, follow-up discovery based on deposition testimony, and subpoenas to third-party providers of medical coverage for Plaintiffs) | 09/06/2013 |
| Deadline to Complete ADR | 10/31/2013 |
| Discovery Cut-Off<br>(solely for depositions, follow-up discovery based on deposition testimony, and subpoenas to third-party providers of medical coverage for Plaintiffs) | 11/12/2013 |
| Deadline to file Motions to Compel | 11/19/2013 |
| Plaintiffs to File Motion for Judgment | 01/10/2014 |
| Defendants to File Cross-Motion and Opposition | 01/31/2014 |
| Plaintiffs to Opposition and Reply | 02/14/2014 |
| Hearing on Cross-Motions for Judgment | 03/07/2014 |

//
//
//
//
//
//
//

1  Dated: August 30, 2013                WINSTON & STRAWN LLP

                                          By:  /s/ Joseph J. Torres
                                               Jeffrey S. Bosley
                                               Joseph J. Torres (admitted *pro hac vice*)
                                               Caroline L. Camic (admitted *pro hac vice*)

                                               Attorneys for Defendants
                                               FACET RETIREE MEDICAL PLAN and
                                               TIMOTHY RICHMOND AS PLAN
                                               ADMINISTRATOR OF THE FACET
                                               RETIREE MEDICAL PLAN


11 Dated: August 30, 2013                LEWIS, FEINBERG, LEE, RENAKER &
                                          JACKSON, P.C.

                                          By:  /s/ Margaret Hasselman
                                               Margaret Hasselman
                                               Daniel Feinberg

                                               Attorneys for Plaintiffs
                                               PATRICK CALDWELL, FRAN CHARLSON,
                                               DOUGLAS EBERSOLE and CARY QUEEN

18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and for good cause appearing,

**IT IS SO ORDERED.**

Dated: ~~August 30, 2013~~
September 4, 2013

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE