**UNITED STATES  DISTRICT COURT**

Northern District of California

San Francisco Division

PATRICK CALDWELL, et al.,
        Plaintiffs,

    v.

FACET RETIREE MEDICAL PLAN, et al.,
        Defendants.
_____/

No. C 13-0385 MMC

**ORDER RE: ATTENDANCE AT ADR SESSION**

Date:      October 23, 2013
Mediator:  Bradford Huss

     IT IS HEREBY ORDERED that the request to excuse the Facet Retiree Medical Plan Plan Administrator from appearing in person at the October 23, 2013 mediation before Bradford Huss is DENIED.  The court finds that defendant has not made adequate showing that requiring him to attend the ADR session in person would cause him 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 5-10(d) and 6-10(d).  Accordingly, the request is denied and the Plan Administrator shall attend the session in person.

     IT IS SO ORDERED.

October 16, 2013
_____
Dated

By:

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California