IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK CALDWELL, FRAN CHARLSON, DOUGLAS EBERSOLE, and CARY QUEEN,

    Plaintiffs,

  v.

FACET RETIREE MEDICAL PLAN, and TIMOTHY RICHMOND, AS PLAN ADMINISTRATOR OF THE FACET RETIREE MEDICAL PLAN,

    Defendants.

No. C 13-00385 WHA

**ORDER DENYING DEFENDANTS' MOTION TO STAY BRIEFING SCHEDULE**

    In this ERISA action inherited from Judge Maxine Chesney, defendants move to stay the briefing schedule on plaintiffs' motion for judgment because of a discovery dispute currently pending before Magistrate Judge Elizabeth Laporte.

    The Court will allow the briefing schedule on the anticipated cross-motions for judgment to continue as outlined by Judge Chesney's prior order (Dkt. No. 33). Local Rule 7–7(d). Thus, defendant's motion to stay the briefing schedule is **DENIED**. If plaintiffs also wish to stay the briefing schedule, both parties may file a joint stipulation to stay the briefing schedule. As plaintiffs have re-noticed their motion, defendants' opposition is due by January 31, 2014, and plaintiffs' reply is due by February 14, 2014 (Dkt. No. 61). The motion hearing will be held on **MARCH 13, 2014, AT 8:00 A.M.**

Nothing in this scheduling order is intended to interfere with the discovery proceedings currently pending before Judge Laporte or amend the previous order assigning all discovery disputes to Judge Laporte.

**IT IS SO ORDERED.**

Dated:  January 28, 2014. 
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE