IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALDWELL, FRAN CHARLSON, DOUGLAS EBERSOLE, and CARY QUEEN,<br><br>Plaintiffs,<br><br>v.<br><br>FACET RETIREE MEDICAL PLAN, and TIMOTHY RICHMOND, AS PLAN ADMINISTRATOR OF THE FACET RETIREE MEDICAL PLAN,<br><br>Defendants.<br>_____ / | No. C 13-00385 WHA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

For reason of judicial efficiency, the case management conference will be held on **MARCH 13, 2014, AT 8:00 A.M.** The case management statement is due by March 6, 2014.

**IT IS SO ORDERED.**

Dated: January 29, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE