IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALDWELL, FRAN CHARLSON, DOUGLAS EBERSOLE, and CARY QUEEN,<br><br>Plaintiffs,<br><br>v.<br><br>FACET RETIREE MEDICAL PLAN and TIMOTHY RICHMOND<br><br>Defendants.<br>_____ / | No. C 13-00385 WHA<br><br>**ORDER RESCHEDULING MOTION HEARING AND CASE MANAGEMENT CONFERENCE** |

The cross-motions for judgment in this action are currently scheduled to be heard on March 13, 2014. In light of defendants' recent motion for relief from Magistrate Judge Elizabeth Laporte's February 13 discovery order, the cross-motions for judgment, case management conference, and defendants' motion for relief shall all be heard on **APRIL 3, 2014, AT 8:00 A.M.**

Plaintiffs shall have until **NOON ON MARCH 10** to file an opposition to defendants' motion for relief. Defendants shall have until **NOON ON MARCH 17** to file a reply.

**IT IS SO ORDERED.**

Dated: February 27, 2014.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE