Shannon M. Gibson (SBN: 256634)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
sgibson@winston.com
Telephone: (415) 591-1000
Facsimile:  (415) 591-1400

Joseph J. Torres (admitted *pro hac vice*)
Heather S. Lehman (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
jtorres@winston.com
hlehman@winston.com
Telephone: (312) 558-5600
Facsimile:  (312) 558-5700

Attorneys for Defendants
FACET RETIREE MEDICAL PLAN and
the PLAN ADMINISTRATOR OF
THE FACET RETIREE MEDICAL PLAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PATRICK CALDWELL, FRAN CHARLSON, DOUGLAS EBERSOLE and CARY QUEEN, <br><br>  Plaintiffs, <br><br> vs. <br><br> FACET RETIREE MEDICAL PLAN, TIMOTHY RICHMOND AS PLAN ADMINISTRATOR OF THE FACET RETIREE MEDICAL PLAN, <br><br>  Defendants. | **Case No. C13-0385 WHA** <br><br> **NOTICE OF SETTLEMENT AND [~~PROPOSED~~] ORDER TO CANCEL SETTLEMENT CONFERENCE** <br><br> Date Action Filed:    January 28, 2013 |

1   TO THE COURT:  The parties to the above-referenced action hereby advise that they have
2   reached an agreement in principle to settle this matter, and are currently working on preparing the
3   appropriate documentation.  The parties estimate they will need 30 days in order to finalize the
4   settlement and file any appropriate dismissal papers.
5   In light of the foregoing, the parties hereby request that the Settlement Conference scheduled
6   for July 2, 2014 be taken off the calendar.

Dated: June 24, 2014                    Respectfully submitted,

/s/ *Joseph J. Torres*
Joseph J. Torres (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
jtorres@winston.com
Telephone:   (312) 558-5600
Facsimile:    (312) 558-5700

Attorneys for Defendants

/s/ *Daniel Mark Feinberg*
Daniel Mark Feinberg
LEWIS FEINBERG LEE RENAKER
& JACKSON, P.C.
476 - 9th Street
Oakland, CA 94607
dfeinberg@lewisfeinberg.com
Telephone:   (510) 839-6824
Facsimile:    (510) 839-7839

Attorneys for Plaintiffs

**Winston & Strawn LLP**
101 California Street
San Francisco, CA  94111-5802

**[~~PROPOSED~~] ORDER**

Upon consideration of the Notice of Settlement, THE COURT HEREBY ORDERS THAT:

The settlement conference currently scheduled for July 2, 2014 is taken off the calendar.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/24/14

*Kandis Westmore*
HON. KANDIS A. WESTMORE
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT