**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK CALDWELL, FRAN CHARLSON,
DOUGLAS EBERSOLE, and CARY QUEEN,

        Plaintiffs,

  v.

FACET RETIREE MEDICAL PLAN, and
TIMOTHY RICHMOND as Plan
Administrator of the Facet Retiree Medical
Plan,

        Defendants.

_____/

No. C 13-00385 WHA

**ORDER RE NOTICE RE
SETTLEMENT**

In this ERISA action, on June 24, 2014, the parties stated (Dkt. No. 99):

> The parties . . . hereby advise that they have reached an agreement
> in principle to settle this matter, and are currently working on
> preparing the appropriate documentation.  The parties estimate
> they will need 30 days in order to finalize the settlement and file
> any appropriate dismissal papers.

No notice of voluntary dismissal has been filed.  If the action has settled, please promptly file a

proper notice.  If the action has not settled, please remember that all existing deadlines remain

in place.  All filings and appearances must be made unless and until a dismissal fully resolving

the case is received.

    **IT IS SO ORDERED.**

Dated:  August 22, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE